## City of Pittsburgh, Appellant, *v*. The Service Commission et al.

Argued December 4, 1918. Appeal, No. 84, April T., 1918, by City of Pittsburgh, from order of the Public Service Commission, Complaint Docket No. 1916, in the case of the City of Pittsburgh v. The Public Service Commission of the Commonwealth of Pennsylvania on appeal and the Federal Street and Pleasant Valley Passenger Railway Company, United Traction, and James D.

Colley, H. S. A. Stewart, and Charles A. Fagan, Receivers of Pittsburgh Railway Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ. Affirmed.

OPINION BY TREXLER, J., July 17, 1919:

For the reasons set forth in opinion, this day filed in No. 71, April Term, 1919, the order of the Public Service Commission is approved. Appellant for costs.

PORTER and HENDERSON, JJ., dissent.